UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CHRISTIAN CALDERON-CORONADO,

Petitioner,

v.

TODD BLANCHE, Attorney General of the United States, *et al.*,

Respondents.

Case No. 26-cv-6623-BAS

**ORDER DENYING PETITION AS MOOT**

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on November 20, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested and had not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. The Court ordered the Government to respond (ECF No. 3). The Government filed a response (ECF No. 5) demonstrating Petitioner was not available for medical reasons and scheduled for arraignment before a magistrate judge on November 23, 2026.

Accordingly, the Court **DENIES** the Petition and Application as moot. Whether the delay in arraignment was unreasonable or has any consequence can be raised in the underlying criminal case.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: November 23, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**